*E-Filed 12/13/10*

1   GARY R. SINISCALCO (STATE BAR NO. 64770)
    grsiniscalco@orrick.com
2   MICHAEL D. WEIL (STATE BAR NO. 209056)
    mweil@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA  94105-2669
5   Telephone:     +1-415-773-5700
    Facsimile:     +1-415-773-5759
6
    Attorneys for Defendants
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  U.S. EQUAL EMPLOYMENT              Case No.  C 10-04384 RS
    OPPORTUNITY COMMISSION,
12                                     **STIPULATION CONTINUING DUE
              Plaintiff,               DATE FOR DEFENDANTS'
13                                     ANSWER AND DATES LISTED IN
          v.                           ORDER SETTING INITIAL CASE
14                                     MANAGEMENT CONFERENCE
    CVS CAREMARK CORP.; AND LONGS      AND ADR DEADLINES**
15  DRUG STORES CALIFORNIA, LLC.,

16            Defendant.

17

18          Pursuant to Civil Local Rule 6-2, Plaintiff U.S. Equal Employment Opportunity

19  Commission ("EEOC") and Defendants CVS Caremark Corp. ("CVS") and Longs Drug Stores

20  California, LLC ("Longs") (collectively "Defendants"), by and through their respective counsel

21  of record, hereby submit this Stipulation and Proposed Order seeking a continuance of the due

22  date for Defendants' Answer and the dates originally set forth on the Order Setting Initial Case

23  Management Conference and ADR Deadlines dated September 29, 2010.

24          WHEREAS, Defendants' Answer is due on December 13, 2010;

25          WHEREAS, the last day to meet and confer regarding initial disclosures, early settlement,

26  ADR process selection, and discovery plan is December 16, 2010;

27          WHEREAS, the ADR Certification signed by Parties and Counsel is due to be filed with

28

OHS West:261054763.1
19659-2017
─────────────────────────────────────────

the Court on December 16, 2010;

WHEREAS, the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is due to be filed with the Court on December 16, 2010;

WHEREAS, the last day to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file the Case Management Statement is December 30, 2010;

WHEREAS, the Initial Case Management Conference is scheduled for January 6, 2011;

WHEREAS, the parties are engaged in direct, informal communications about the possibility of resolving this case;

WHEREAS, the parties agree that, if they are required to spend a significant amount of time engaging in initial disclosures, preparing for the case management conference or other substantive proceedings, then the chances of the parties settling this case at an early stage will be put in jeopardy;

WHEREAS, the parties jointly request time to allow their informal settlement efforts to run there course before having to engage in substantive discovery and activity in this case;

WHEREAS, counsel for the EEOC and counsel for Defendants have prior obligations that conflict with the above dates;

WHEREAS, counsel for the EEOC will be unavailable from January 5 through January 11, 2011;

WHEREAS, the parties do not object to the time modifications set forth below;

WHEREAS, counsel for both parties do not believe that the time modifications will cause any problems or difficulties with respect to the case;

WHEREAS, there have been no previous time modifications in this case; and

WHEREAS, the requested time modifications would not significantly affect the schedule for this case;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

(1) The due date for Defendants' Answer be continued until February 1, 2011;

(2) The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan be continued until February 3, 2011;

(3) The due date to file the ADR Certification signed by Parties and Counsel be continued until February 3, 2011;

(4) The due date to file the Stipulation to ADR Process or Notice of Need for ADR Phone Conference be continued until February 3, 2011;

(5) The last day to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file the Case Management Statement be continued until February 17, 2011; and

(6) The Initial Case Management Conference be continued until February 24, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 10, 2010   GARY R. SINISCALCO
             MICHAEL D. WEIL
             Orrick, Herrington & Sutcliffe LLP

               /s/
             MICHAEL D. WEIL
             Attorneys for Defendants

Dated: December 10, 2010   JONATHAN T. PECK
             EQUAL EMPLOYMENT OPPORTUNITY
             COMMISSION

               /s/
             JONATHAN T. PECK
             Attorney for Plaintiffs

I hereby attest that the concurrence in the filing of this document has been obtained from Jonathan T. Peck, Attorney for Plaintiff, Equal Employment Opportunity Commission.

               /s/
             Michael D. Weil

**ORDER**

On reading the Stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT:

(1) The due date for Defendants' Answer is continued until February 1, 2011;

(2) The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is continued until February 3, 2011;

(3) The due date to file the ADR Certification signed by Parties and Counsel is continued until February 3, 2011;

(4) The due date to file the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued until February 3, 2011;

(5) The last day to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file the Case Management Statement is continued until February 17, 2011; and

(5) The Initial Case Management Conference is continued until February 24, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December __13__, 2010

_____
RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE