*E-Filed 3/24/11*

1   GARY R. SINISCALCO (STATE BAR NO. 64770)
    grsiniscalco@orrick.com
2   MICHAEL D. WEIL (STATE BAR NO. 209056)
    mweil@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA  94105-2669
5   Telephone:    +1-415-773-5700
    Facsimile:    +1-415-773-5759
6
    Attorneys for Defendants
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  U.S. EQUAL EMPLOYMENT              Case No.  C 10-04384 RS
    OPPORTUNITY COMMISSION,
12                                     **STIPULATION CONTINUING
                  Plaintiff,           INITIAL CASE MANAGEMENT
13                                     CONFERENCE AND RELATED
         v.                            DATES** AS MODIFIED BY THE COURT
14
    CVS CAREMARK CORP.; AND LONGS
15  DRUG STORES CALIFORNIA, LLC.,

16                Defendant.

17

18       Pursuant to Civil Local Rule 6-2, Plaintiff U.S. Equal Employment Opportunity

19  Commission ("EEOC") and Defendants CVS Caremark Corp. ("CVS") and Longs Drug Stores

20  California, LLC ("Longs") (collectively "Defendants"), by and through their respective counsel

21  of record, hereby submit this Stipulation and Proposed Order seeking a continuance of the due

22  date for the dates set forth in the February 3, 2011 Order Continuing Due Date For Defendants'

23  Answer and Dates Listed In Order Setting Initial Case Management Conference and ADR

24  Deadlines Setting Initial Case Management Conference and ADR Deadlines;

25       WHEREAS, on December 10, 2010, the parties submitted a stipulation to continue dates

26  set forth in the Court's Order setting Initial Case Management Conference and ADR Deadlines in

27  order to allow time for the parties to engage in preliminary and informal settlement negotiations;

28       WHEREAS, the Court granted that stipulation on December 13, 2010;

OHS WEST:261083169.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, on February 2, 2011 the parties submitted a second stipulation to continue dates set forth in the Court's Order setting Initial Case Management Conference and ADR Deadlines in order to allow time for the parties to engage in preliminary and informal settlement negotiations;

WHEREAS, the Court granted that stipulation on February 3, 2011;

WHEREAS, the parties engaged in in-person, informal settlement negotiations in an attempt to resolve this case;

WHEREAS, the parties believe they are close to resolving this case;

WHEREAS, the parties have agreed upon the monetary terms for settlement to include in a joint consent decree;

WHEREAS, the parties have agreed on almost every injunctive relief term for a joint consent decree;

WHEREAS, the parties are still negotiating one final injunctive relief term regarding the revision of CVS policies and method of dissemination;

WHEREAS, the parties believe they are very close to coming to an agreement on this last term;

WHEREAS, the parties were hopeful and optimistic that they would to submit a joint consent decree to the Court this week, but need just a little more time;

WHEREAS, the parties are very optimistic that they will be able to agree on the injunctive relief terms if given some additional time;

WHEREAS, the parties are very optimistic that they will be able to submit a joint consent decree to the Court within 14 days, and likely earlier;

WHEREAS, the parties agree that, if they are required to spend a significant amount of time engaging in initial disclosures, preparing for the case management conference or other substantive proceedings, then the chances of the parties finally resolving this case at an early stage will be put in jeopardy;

WHEREAS, the parties jointly request time to allow their informal settlement efforts to

- 2 -

OHS WEST:261083169.1

run their course before having to engage in substantive discovery and activity in this case;

WHEREAS, Defendants answered the Complaint on February 1, 2011;

WHEREAS, the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is March 10, 2011;

WHEREAS, the ADR Certification signed by Parties and Counsel is due to be filed with the Court on March 10, 2011;

WHEREAS, the Stipulation to ADR Process or Notice of Need for ADR Phone Conference is due to be filed with the Court on March 10, 2011;

WHEREAS, the last day to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file the Case Management Statement is March 24, 2011;

WHEREAS, the Initial Case Management Conference is scheduled for March 31, 2011;

WHEREAS, the parties do not object to the time modifications set forth below;

WHEREAS, counsel for both parties do not believe that the time modifications will cause any problems or difficulties with respect to the case;

WHEREAS, there has been two previous time modifications in this case, as set forth above; and

WHEREAS, the requested time modifications would not significantly affect the schedule for this case;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

(1) The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan be continued until April 28, 2011;

(3) The due date to file the ADR Certification signed by Parties and Counsel be continued until April 28, 2011;

(4) The due date to file the Stipulation to ADR Process or Notice of Need for ADR Phone Conference be continued until April 28, 2011;

(5) The last day to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file the Case Management Statement be continued until

- 3 -

OHS WEST:261083169.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

May 12, 2011; and

(6) The Initial Case Management Conference be continued until May 19, 2011.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 24, 2011                          GARY R. SINISCALCO
                                               MICHAEL D. WEIL
                                               Orrick, Herrington & Sutcliffe LLP


                                               _____
                                                          /s/
                                               MICHAEL D. WEIL
                                               Attorneys for Defendants

Dated: March 24, 2011                          DAVID OFFEN-BROWN
                                               EQUAL EMPLOYMENT OPPORTUNITY
                                               COMMISSION


                                               _____
                                                          /s/
                                               DAVID OFFEN-BROWN
                                               Attorney for Plaintiffs


I hereby attest that the concurrence in the filing of this document has been obtained from

David Offen-Brown, Attorney for Plaintiff, Equal Employment Opportunity Commission.


                                               _____
                                                          /s/
                                               Michael D. Weil

- 4 -

STIPULATION TO CONTINUE CMC AND ADR DATES

OHS WEST:261083169.1

1

## ORDER

2

3        On reading the Stipulation of the parties, and for good cause shown,

4        (1) The last day to meet and confer regarding initial disclosures, early settlement, ADR

5    process selection, and discovery plan be continued until April 28, 2011;

6        (3) The due date to file the ADR Certification signed by Parties and Counsel be continued

7    until April 28, 2011;

8        (4) The due date to file the Stipulation to ADR Process or Notice of Need for ADR Phone

9    Conference be continued until April 28, 2011;

10       (5) The last day to file the Rule 26(f) Report, complete initial disclosures or state

11   objections in the Rule 26(f) Report, and file the Case Management Statement be continued until

12   May 12, 2011; and

                                                            June 2, 2011  at 10:00 a.m.
13       (6) The Initial Case Management Conference be continued until ~~May 19, 2011~~.

14   PURSUANT TO STIPULATION, IT IS SO ORDERED.

15       Dated:  March  24 , 2011

16

17                                    _____
                                      RICHARD SEEBORG
18                                    U.S. DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

OHS WEST:261083169.1